IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARK STEVEN RUBLEE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant's unopposed motion to continue and hold government's motion in abeyance (filing 48) is granted.

(2)     The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 45) and the government's motion to withdraw motion (filing 47) has been rescheduled before the undersigned United States district judge to Tuesday, November 23, 2010, from 1:30 to 2:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)     The United States Marshal is directed to return the defendant to the district for the hearing.

Dated October 20, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge