IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3036 |
| | ) | |
| V. | ) | |
| | ) | |
| MARK STEVEN RUBLEE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Without objection by the defendant,

IT IS ORDERED that:

(1) The government's oral motion to continue the defendant's November 23, 2010 hearing is granted.

(2) The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 45) and the government's motion to withdraw motion (filing 47) has been rescheduled before the undersigned United States district judge to Tuesday, December 14, 2010, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

DATED this 19th day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge